IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-08124-BER

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JUSTIN BRANDON BERNS,
    Defendant.
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

    Joseph S. Rosenbaum, Esq., hereby files this Stipulation for Substitution of Counsel which would allow the withdrawal of Paul Domenic Petruzzi, Esq, as counsel for the Defendant and allow Joseph S. Rosenbaum, Esq., to substitute as counsel of record.

    The Defendant has retained the services of Joseph S. Rosenbaum, Esq., to represent him in the above-captioned matter at sentencing and forfeiture proceedings. A Notice of Appearance on behalf of the Defendant is being filed contemporaneously with this Stipulation for Substitution of Counsel.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of April 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

/s/ Joseph S. Rosenbaum_____
Joseph S. Rosenbaum, Esq.
Florida Bar No.: 240206

**JOSEPH S. ROSENBAUM, P.A.**
100 S.E. 2nd Street, Suite 3400
Miami, Florida 33131
Tel: (305) 446-6099
Fax:(305) 675-6156
Email: jsr@rosenbaumlawoffice.com

_____
Paul Domenic Petruzzi, Esq.
Florida Bar No. 982059

Law Offices of Paul D. Petruzzi, P.A.
8101 Biscayne Blvd Ph 701
Miami, FL 33138-4669
Ph: (305) 373-6773
Fax: (305) 373-38332
petruzzi-law@msn.com